UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61385-CIV-ZLOCH

GREGORY LASKY; ADVOCATES
FOR DISABLED AMERICANS,

       Plaintiff,

vs.    **FINAL ORDER OF DISMISSAL**

ROMBOUTS REALTY CORP.,

       Defendant.
_____/

    THIS MATTER is before the Court upon the Agreement To Dismiss Without Prejudice (DE 11), which the Court construes as a Joint Stipulation Of Dismissal Without Prejudice, filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Agreement To Dismiss Without Prejudice (DE 11), which the Court construes as a Joint Stipulation Of Dismissal Without Prejudice, filed herein by all Parties be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 28th day of June, 2010.

                                      /s/ William J. Zloch
                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:

All Counsel of Record